JEFFREY P. FUCHSMAN, SBN 105651
BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 Ventura Boulevard, Eighteenth Floor
Encino, California 91436
Telephone:  (818) 508-3700
Facsimile:   (818) 506-4827

Attorneys for Defendants
MERRITT HOSPITALITY, LLC and
HEI HOSPITALITY, LLC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA ESPARZA GONZALEZ, on behalf of herself and all others similarly situated and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>MERRITT HOSPITALITY, LLC. a Delaware Limited Liability Company; HEI HOSPITALITY, LLC; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 3:22-CV-0328 KSC<br><br>**CLASS ACTION**<br><br>**NOTICE OF RELATED CASES**<br><br>Trial Date:        None Set |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1799983.1

      The undersigned counsel of record for Defendants MERRITT HOSPITALITY, LLC and HEI HOSPITALITY, LLC provides the following Notice of Related Cases pursuant to Local Rule 40.1(f), (g):

      (a)    This case is related to the action entitled "*Godinez v. Merritt Hospitality, LLC*" pending in the United States District Court for the Central District of California before the Hon. John W. Holcomb, USDC Case No. 8:20-cv-00941-JWH-KESx. The *Godinez* case was filed on January 29, 2020.

      (b)    Both the instant action and the *Godinez* action are class actions filed on behalf of a class of non-exempt hourly employees working for Defendants in California for various alleged wage and hour violations. Both cases assert alleged violations on behalf of the putative class for: (1) meal breaks; (2) rest breaks; (3) overtime; (4) expenses; (5) wage statements; (6) unfair competition; and (7) waiting time penalties. The *Godinez* action also asserts a claim for civil penalties based on these alleged violations under the California Private Attorneys General Act ("PAGA").

      (c)    A class action and PAGA settlement was reached in the *Godinez* action. The settlement includes a release of all claims asserted in the action on behalf of Defendants' non-exempt hourly employees for the period January 29, 2020 through November 2, 2021. The motion for preliminary approval of the class action and PAGA settlement was filed on December 6, 2021. The hearing on the motion was scheduled for January 28, 2022. The Court vacated the hearing and took the matter under submission, and the motion is currently pending.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

(d) Plaintiff herein is a member of the *Godinez* class. Plaintiff alleges that she was employed by Defendants from September 2018 through October 2021. If the *Godinez* settlement is approved, the settlement will bar Plaintiff's claims unless she opts out of the settlement. If Plaintiff opts out, she did not work for Defendants after the end of the class period in *Godinez,* and she cannot pursue her claims on a class action basis. Defendants will be filing a motion to stay this action until the completion of the settlement approval process in *Godinez*.

DATED: March 10, 2022          BALLARD ROSENBERG GOLPER & SAVITT, LLP


By: */s/ Jeffrey P. Fuchsman*
         JEFFREY P. FUCHSMAN
Attorneys for Defendants
MERRITT HOSPITALITY, LLC and
HEI HOSPITALITY, LLC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 15760 Ventura Boulevard, Eighteenth Floor, Encino, CA 91436.

On March 10, 2022, I served true copies of the following document(s) described as **NOTICE OF RELATED CASES** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List. I am "readily familiar" with Ballard Rosenberg Golper & Savitt, LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Encino, California, on that same day following ordinary business practices.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** By electronic mail transmission from dsalter@brgslaw.com on March 20, 2022, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 10, 2022, at Encino, California.

_____
Darla Salter

1799983.1

4

**SERVICE LIST**

Ana R. Salusky, Esq.
Salusky Law Group, APC
3738 Bayer Avenue
Suite 104
Long Beach, California 90808
Telephone:   (562) 855-0004
Facsimile:   (562) 855-0002
asalusky@saluskylaw.com

*Attorneys for Plaintiff*
*MONICA ESPARZA GONZALEZ*