

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Monica Esparza Gonzalez, on Behalf of Herself and all Others Similarly Situated and The General Public,<br><br>**Plaintiff,**<br><br>V.<br><br>Merritt Hospitality, Llc, a Delaware Limited Liability Company; HEI Hospitality, LLC; and Does 1 Through 50 Inclusive,<br><br>**Defendant.** | Civil Action No. 22-cv-00328-BTM-KSC<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On January 31, 2025, the Court entered an order requiring the parties to file a status report within ten (10) days and warned the parties that the failure to respond to the order could result in the dismissal of this action. The parties did not respond to the order. Thus, for failure to comply with a court order and for failure to prosecute, this action is dismissed without prejudice.

| | |
|---|---|
| **Date:**  2/21/25 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ D. Martinez<br><br>D. Martinez, Deputy |